BARRERA & ASSOCIATES
Patricio T.D. Barrera (SBN 149696)
barrera@baattorneys.com
Ashley A. Davenport (SBN 244573)
davenport@baattorneys.com
2298 E. Maple Avenue
El Segundo, CA 90245
Telephone: 310.802.1500
Telefax:    310.802.0500

CALDERONE LAW FIRM
Vincent Calderone (SBN: 164672)
vcalderone@calemploymentattorney.com
2321 Rosecrans Avenue, Suite 1265
El Segundo, CA 90245
Telephone: (424) 348-8290

Attorneys for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE DAWSON, individually and on behalf of all other similarly situated employees,<br><br>        Plaintiff,<br><br>v.<br><br>HERTZ TRANSPORTING, INC.; a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>        Defendants | Case No. 2:17-cv-08766-GW-JEM<br><br>Assigned to the Honorable George H. Wu, Courtroom 9D<br><br>**PLAINTIFF'S RENEWED NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   November 7, 2019<br>Time:  8:30 a.m.<br>Ctrm:  9D<br><br>Complaint Filed: October 16, 2017<br>FAC Filed: November 2, 2017 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 7, 2019, at 8:30 a.m. or at such other date and time as may be ordered by the Court, in Courtroom 9D of the United States District Court for the Central District of California located at the First Street Courthouse, 9th Floor, 350 West 1st Street, Los Angeles, California, 90012, Plaintiff Janice Dawson ("Plaintiff") will and hereby does move this Court for an Order (i) granting preliminary approval of the class action settlement ("Settlement") reached in this matter by and between Plaintiff and Defendant; (ii) certifying the proposed Settlement Classes for settlement purposes only; (iii) granting leave to file the proposed Second Amended Complaint, attached to the Settlement Agreement as Exhibit "A;" (iv) approving the form and content of the notice to the members of the Settlement Class; (v) appointing Plaintiff as Class Representative; (vi) appointing her counsel as Class Counsel; (vii) appointing Rust Consulting as the Settlement Administrator; (viii) scheduling a final fairness hearing; and (ix) providing other relief as the Court deems just and reasonable.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, and Defendant does not oppose this motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Patricio T.D. Barrera, Vincent Calderone, Janice Dawson, Peggy Wilkerson and class members, and any exhibits thereto, all pleadings, records and papers filed in this action, the arguments of counsel, any supplemental memoranda that may be filed by the parties, and such further evidence as the Court may consider at or before the hearing of this motion.

Dated: November 4, 2019                    BARRERA & ASSOCIATES

                                           By: ____/s/_____
                                               Patricio T.D. Barrera
                                               Attorneys for Plaintiff
                                               JANICE DAWSON

1

NOTICE OF RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT