BARRERA & ASSOCIATES
Patricio T.D. Barrera (SBN 149696)
barrera@baattorneys.com
Ashley A. Davenport (SBN 244573)
davenport@baattorneys.com
2298 E. Maple Avenue
El Segundo, CA 90245
Telephone: 310.802.1500
Telefax:   310.802.0500

CALDERONE LAW FIRM
Vincent Calderone (SBN: 164672)
vcalderone@calemploymentattorney.com
2321 Rosecrans Avenue, Suite 1265
El Segundo, CA 90245
Telephone: (424) 348-8290

Attorneys for Plaintiff and Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE DAWSON, individually and on behalf of all other similarly situated employees,<br><br>            Plaintiff,<br><br>v.<br><br>HERTZ TRANSPORTING, INC.; a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>            Defendants | Case No. 2:17-cv-08766-GW-JEM<br><br>Assigned to the Honorable<br>George H. Wu, Courtroom 9D<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   May 28, 2020<br>Time:  8:30 a.m.<br>Ctrm:   9D<br><br>Complaint Filed: October 16, 2017<br>FAC Filed: November 2, 2017 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on May 28, 2020, at 8:30 a.m. or at such other date and time as may be ordered by the Court, in Courtroom 9D of the United States District Court for the Central District of California located at the First Street Courthouse, 9th Floor, 350 West 1st Street, Los Angeles, California, 90012, Plaintiff Janice Dawson ("Plaintiff") will and hereby does move this Court for an Order fully and finally approving the class action settlement ("Settlement") reached in this matter by and between Plaintiff and Defendant. The Settlement was preliminarily approved by the Court on December 9, 2019. The Class Notice was sent on January 21, 2020. There were no objections to the settlement. There were no opt-outs to the settlement. The class members received notice of the Settlement and approve of it. Plaintiff is filing a separate motion for attorneys' fees.

By this unopposed motion, Plaintiff seeks an Order:

1. Confirming the Court's prior certification of the Settlement Class pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3);
2. Confirming the appointment of Patricio Barrera and Ashley Davenport of Barrera & Associates and Vincent Calderone of Calderone Law Firm as Class Counsel;
3. Confirming the appointment of Janice Dawson as the Class Representative and the service award in the amount of $10,000;
4. Confirming and holding that the terms of the Settlement are fair, reasonable, and adequate and satisfy the requirements of Federal Rule of Civil Procedure 23(e) and applicable case law;
5. Approving Plaintiffs' requests for an award of attorneys' fees in the amount of $542,500 and litigation costs of $30,676.04[1];

---

[1] The Parties estimated costs of $35,000 and received no objection to that request. The $4,323.96 differential will be added to the Net Settlement Fund for disbursement to the Class.

1

NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

6. Entering final judgment in this action.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, and Defendant does not oppose this motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Patricio T.D. Barrera, Vincent Calderone, Plaintiff Janice Dawson, and Rust Administration's Jessica Jenkins, and all exhibits thereto, all pleadings, records and papers filed in this action, the arguments of counsel, any supplemental memoranda that may be filed by the parties, and such further evidence as the Court may consider at or before the hearing of this motion.  Defendants do not oppose this motion.

Dated:  May 13, 2020             BARRERA & ASSOCIATES

By: ____/s/_____
Patricio T.D. Barrera
Attorneys for Plaintiff
JANICE DAWSON