VINCENT CALDERONE (State Bar No. 164672)
CALDERONE LAW FIRM
2321 Rosecrans Avenue, Suite 1265
El Segundo, CA 90245
Telephone: (424) 348-8290
vcalderone@calemploymentattorney.com

BARRERA & ASSOCIATES
Patricio T.D. Barrera (SBN 149696)
Ashley A. Davenport (SBN 244573)
2298 E. Maple Avenue
El Segundo, California 90245
Telephone: 310.802.1500
Telefax: 310.802.0500

Attorneys for Plaintiff
Janice Dawson and Proposed Class

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE DAWSON, an individually and on behalf of all other similarly situated employees,<br><br>    Plaintiff,<br><br>vs.<br><br>HERTZ TRANSPORTING, INC., a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>_____ | Case No. CV 17-8766-GW-JEMx<br><br>(Assigned for all Purposes to the Honorable George H. Wu)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

1 **ORDER**

2 The stipulation is approved.  The entire action, including all claims asserted
3 in the Dawson Class Action, is hereby dismissed with prejudice.

4

5 **IT IS SO ORDERED.**

6

7 Dated: June 3, 2021

_____
HON. GEORGE H. WU,
United States District Judge